126584

Informed person served of contents
Date/Time:
Server Initials:
Server ID#:

IN THE CIRCUIT COURT OF THE 18th
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

CASE NO:

OWEN GEORGE,

    Plaintiff,

vs.

FORD MOTOR CO., a foreign corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, OWEN GEORGE by and through the undersigned attorneys, and sues the Defendant, FORD MOTOR COMPANY (hereinafter FORD), and alleges as follows:

### General Allegations Common to All Counts

1. This is an action for damages which exceed the sum of $15,000.00, exclusive of interest and costs.

2. At all times material hereto, FORD was a foreign corporation which manufactured, distributed and sold motor vehicles in the state of Florida, including within Brevard County, therein.

3. FORD manufactured, distributed and sold a 2003 Lincoln Towncar bearing vehicle identification no.: 1LNHM83W93Y623382 (hereinafter "the Towncar").

4. At all times material hereto, the Towncar was equipped with a passenger side torso airbag.

5. On or about May 19, 2012, OWEN GEORGE was a front seat passenger in the Towncar.

6. At the aforementioned time and place, a motor vehicle collision occurred which resulted in an impact to the passenger side of the Towncar that was significant enough so that the passenger side torso airbag should have deployed in its ordinary and intended manner.

7. However, the passenger side torso airbag failed to deploy in its ordinary and intended manner at the time of the collision.

8. As a direct and proximate result of the failure of the airbag to deploy as intended, OWEN GEORGE suffered severe and incapacitating injuries, including the fracture of his neck. These injuries are continuing and permanent in nature and OWEN GEORGE will continue to suffer from them in the future.

## COUNT I
## STRICT PRODUCTS LIABILITY AGAINST FORD

Plaintiff readopts, realleges and reaffirms each and every allegation contained in paragraphs 1 through 8 as if fully set forth herein.

9. Upon information and belief, the Towncar was designed, manufactured, distributed and/or sold by and placed into the stream of commerce by Ford in a defective and unreasonably dangerous condition.

10. The Towncar was designed, manufactured, distributed and sold by FORD in a defective condition, unreasonably dangerous to foreseeable users such as OWEN GEORGE in that, among other things:

   a. Its passenger side torso airbag would not deploy in its ordinary and intended manner, at the time of an impact to the same passenger side of the motor vehicle;

   b. FORD failed to utilize existing state-of-the-art design alternatives which were cost-effective and which would have made the Towncar reasonably safe for use by OWEN GEORGE;

   c. FORD failed to provide adequate warning or instruction for the proper use of the Towncar which would have prevented this accident and the resulting significant injuries to OWEN GEORGE.

11. Due to these defects, the Towncar was placed on the market and moved through the stream of commerce in a defective and unreasonably dangerous condition by FORD.

12. Due to these defects, the Towncar was designed, manufactured, distributed and sold by FORD such that the risk of danger to foreseeable users, such as OWEN GEORGE, from the use of this product outweighed the benefits of the product.

13. OWEN GEORGE was unaware of the defective and unreasonably dangerous condition presented by the Towncar when used in its ordinary and intended manner.

14. FORD knew, or should have known through the exercise of reasonable care, that the Towncar would be used without inspection for the aforedescribed defect and by placing it on the market and moving it through the stream of commerce represented that it would safely do the job for which it was intended.

15. As a direct and proximate result of this breach, the passenger side torso airbag of the Towncar failed to deploy in its ordinary and intended manner at the time of a motor vehicle collision, and while OWEN GEORGE was in a vulnerable position in the passenger seat of the Towncar, causing him to sustain significant bodily injuries, pain and suffering, disability, mental anguish, loss of the capacity for the enjoyment of life, loss of earning capacity and the expense of medical treatment. The losses are either permanent and/or continuing in nature, and GEORGE will continue to suffer such losses in the future.

**WHEREFORE**, OWEN GEORGE demands judgment for damages against FORD MOTOR COMNPANY, as well as his costs herein and further demands trial by jury.

## COUNT II
### NEGLIGENCE MANUFACTURE AND/OR DESIGN AGAINST FORD

Plaintiff readopts, re-alleges and reaffirms each and every allegation contained in paragraphs 1 through 14 as if fully set forth herein.

16. At all times material hereto, FORD owed a duty to OWEN GEORGE to:

    a. Design, manufacture, distribute and sell the Towncar so that its passenger side torso airbag would deploy in its ordinary and

            intended manner, at the time of an impact to the same passenger side of the motor vehicle;

    b.    Utilize existing state-of-the-art design alternatives which were cost-effective and which would have made the Towncar reasonably safe for use by OWEN GEORGE;

    c.    FORD failed to provide adequate warning or instruction for the proper use of the Towncar which would have prevented this accident and the resulting significant injuries to OWEN GEORGE.

.    FORD failed to provide adequate warning or instruction for the proper use of the Towncar which would have prevented this accident and the resulting significant injuries to OWEN GEORGE.

17. At all times material hereto, FORD breached said duties by, among other things,

    a.    Manufacturing, distributing and selling the Towncar so that its passenger side torso airbag would not deploy in its ordinary and intended manner, at the time of an impact to the same passenger side of the motor vehicle;

    b.    Failing to utilize existing state-of-the-art design alternatives which were cost-effective and which would have made the Towncar reasonably safe for use by OWEN GEORGE.

    c.    FORD failed to provide adequate warning or instruction for the proper use of the Towncar which would have prevented this accident and the resulting significant injuries to OWEN GEORGE.

18. As a direct and proximate result of this breach, the passenger side torso airbag of the Towncar failed to deploy in its ordinary and intended manner at the time of a motor vehicle collision, and while OWEN GEORGE was in a vulnerable position in the passenger seat of the Towncar, causing him to sustain significant bodily injuries, pain and suffering, MN38244disability, mental anguish, loss of the capacity for the enjoyment of life and expense of medical treatment. The losses are either permanent and/or continuing in nature, and GEORGE will continue to suffer such losses in the future.

WHEREFORE, Plaintiff demands judgment for damages against FORD, her costs herein and further demands trial by jury.

### DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury of all issues so triable.

> CONROY, SIMBERG
> *Attorneys for Plaintiff*
> 3440 Hollywood Blvd., 2nd Floor
> Hollywood, Florida 33021
> Tel: (954) 961-1400
> Fax: (954) 967-8577
>
> By: /s/ Stuart F. Cohen
> Florida Bar No. 986178
> *DESIGNATED FOR SERVICE OF PLEADINGS ONLY:*
> eservicehwd@conroysimberg.com