126584

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:15-CV-141-ORL-31GJK

OWEN GEORG,

  Plaintiff,

v.

FORD MOTOR COMPANY,

  Defendant.

_____/

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A)**

Plaintiff, OWEN GEORG, by and through the undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), hereby serve their Initial Disclosures, and states as follows:

1. Rule 26(a)(1)(A)(i)- name and, if known, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for impeachment, identifying the subjects of the information:

    a) The parties to this action

    b) Dr. Joseph Rojas, Orthopedic Center of Titusville, 1855 Jess Parrish Court, Titusville, Florida - treating orthopedic

       Dr. Keyne Johnson, Brain & Spine Institute, 25 West Kaley Street, Suite 200, Orlando, Florida – treating neurologist

Treating orthopedist (name unknown) at Brain & Spine Institute, 25 West Kaley Street, Suite 200, Orlando, Florida - treating orthopedist

Dr. William Zink, Pediatric & Sports Orthopedics, 2909 North Orange Avenue, Suite 102, Orlando, Florida – treating orthopedic

Dr. Daly, Daly Chiropractic Center, 2708 Garden Street, Titusville, Florida – treating chiropractor

Medical personnel at Parrish Medical Center, 951 North Washington Avenue, Titusville, Florida

Medical personnel at Arnold Palmer Hospital, 92 West Miller Street, Orlando, Florida

**All of the above are health care providers involved in the care and treatment of OWEN GEORG for the injuries he sustained in the collision which forms the basis for the claim against FORD MOTOR COMPANY.  These witnesses possess knowledge and information regarding these injuries, their respective treatment, the permanency of these injuries, the need for any future treatment, and the effect these injuries have on OWEN GEORG's ability to earn a living and enjoy the remainder of his life.

c)  Connie Lehan, 5655 Canvas Back Drive, Mims, Florida – owner of vehicle

d)  Nikolaos John Seaman, Jr., 1725 Country Club Drive, Titusville, Florida – driver of vehicle

Owner and driver of the vehicle involved in the collision which formed the basis of the claim against FORD MOTOR COMPANY.

2.    Rule 26(a)(1)(A)(ii)- a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

    a)    Medical records and bills of:

    Dr. Joseph Rojas, Orthopedic Center of Titusville, 1855 Jess Parrish Court, Titusville, Florida  - treating orthopedic

    Dr. Keyne Johnson, Brain & Spine Institute, 25 West Kaley Street, Suite 200, Orlando, Florida – treating neurologist

    Treating orthopedist (name unknown) at Brain & Spine Institute, 25 West Kaley Street, Suite 200, Orlando, Florida  - treating orthopedist

    Dr. William Zink, Pediatric & Sports Orthopedics, 2909 North Orange Avenue, Suite 102, Orlando, Florida – treating orthopedic

    Dr. Daly, Daly Chiropractic Center, 2708 Garden Street, Titusville, Florida – treating chiropractor

    Medical personnel at Parrish Medical Center, 951 North Washington Avenue, Titusville, Florida

    Medical personnel at Arnold Palmer Hospital , 92 West Miller Street, Orlando, Florida

    b)    Photographs of the vehicle.

    c)    Data gathered from the vehicle data module.

3.    Rule 26(a)(1)(A)(iii)- a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

Plaintiff has not currently computed his damages.  OWEN GEORG's related medical records are being provided with these Initial Disclosures.  These records outline the significant personal injuries he sustained in the underlying motor vehicle collision.

3

These injuries include, but are not limited to:  Broken hip and neck; and significant emotional trauma and mental pain and suffering.  These injuries are permanent and include resulting pain and suffering, disability, mental anguish, loss of the ability to enjoy life, the expense of medical treatment and hospitalization, lost earnings, loss of the ability to earn money in the future. The monetary measure of these damages will be assessed by a jury hearing the evidence in this matter.

4. Rule 26(a)(1)(A)(iii)- for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

To the extent an operative insuring agreement exists between Ford Motor Co. and any insurer, defendant would be in possession of it.

The Plaintiff reserves the right to amend/supplement these disclosures as discovery progresses in this matter.

Respectfully submitted this 16th day of April, 2015.

CASE NO. 6:15-CV-00141-GAP-GJK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished to Francis M. McDonald, Jr., Esq., McDonald, Toole, Wiggins, PA, 111 N. Magnolia Avenue, Suite 1200, Orlando, FL 32801, fmcdonald@mtwlegal.com, SLong@mtwlegal.com, NWittman@mtwlegal.com; e.service@mtwlegal.com by electronic mail on this 16th day of April, 2015.

                               CONROY SIMBERG
                               3440 Hollywood Boulevard, Second Floor
                               Hollywood, FL 33021
                               Telephone:  (954) 961-1400 Broward
                               Facsimile:  954-518-8600
                               Primary Email:  eservicehwd@conroysimberg.com
                               Secondary Email:  scohen@conroysimberg.com


By:   /s/ Stuart F. Cohen
       Stuart F. Cohen, Esquire
       Florida Bar No. 986178