UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:15-CV-141-ORL-31GJK

OWEN GEORG,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

_____/

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was mediated on January 25, 2016.  The case did not resolve at that time.  The parties and their counsel are prepared to proceed toward a litigated resolution of the case.  I remain committed to be of further service to the extent their positions are reevaluated and the parties deem further mediation efforts to be appropriate.

I appreciate the opportunity to be of assistance to the parties, their counsel and the Court.

Respectfully submitted,

Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished via U.S. Mail this 23rd day of February, 2016, to the following:

Stuart F. Cohen, Esquire
Conroy Simberg
3440 Hollywood Blvd., 2nd Floor
Hollywood, Fl 33021
954-961-1400 / 954-518-8600
scohen@conroysimberg.com

Francis M. McDonald, Jr., Esquire
McDonald Toole Wiggins, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
407-246-1800 / 407-246-1895
fmcdonald@mtwlegal.com

RODNEY A. MAX