126584

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:15-CV-141-ORL-31GJK

OWEN GEORG,
    Plaintiff,
v.

FORD MOTOR COMPANY,
    Defendant.
_____/

# PLAINTIFF'S RESPONSE TO DEFENDANT, FORD MOTOR COMPANY'S MOTION FOR PARTIAL FINAL SUMMARY JUDGMENT

The Plaintiff, OWEN GEORG, by and through the undersigned attorneys, hereby files his Response to Defendant, Ford Motor Company's Motion for Partial Final Summary Judgment, and states:

1. In his Complaint, the Plaintiff pled two counts: Count I – Strict Products Liability Against Ford and Count II – Negligen[t] Manufacture and/or Design Against Ford.

2. As Defendant acknowledges in its Motion for Partial Final Summary Judgment, each of Plaintiff's two counts was premised on three legal theories: (1) defective and unreasonably dangerous manufacture of the product; (2) failure to warn of the defective nature of the product; and (3) defective and unreasonably dangerous design of the product. [D.E. 2; D.E. 26 at pp. 2-3].

3. Defendant has moved for partial summary judgment with regard to two of these three legal theories, specifically: (1) defective and unreasonably dangerous manufacture; and (2) failure to warn. It asserts that if partial summary judgment is granted "the remaining claim[s]

would be Plaintiff's design defect claims." Defendant has not moved for partial summary judgment as to the design defect claims Plaintiff has pled.

4. After the completion of discovery, the Plaintiff concedes that the only legal theory that remains for determination by a jury is that of defective and unreasonably dangerous design of the subject product as pled in each of Plaintiff's two counts.

5. As a result, the Plaintiff does not contest the entry of partial summary judgment **only** as to his theories of: (1) the alleged defective manufacture of the product; and (2) the failure to warn of the defective nature of the product.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy hereof has been furnished by service through the eportal to Francis M. McDonald, Jr., Esq., McDonald, Toole, Wiggins, PA, 111 N. Magnolia Avenue, Suite 1200, Orlando, FL 32801, fmcdonald@mtwlegal.com, SLong@mtwlegal.com, e.service@mtwlegal.com on this 31st day of March, 2016.

                            CONROY SIMBERG
                            3440 Hollywood Boulevard, Second Floor
                            Hollywood, FL 33021
                            Telephone: (954) 961-1400 Broward
                            Facsimile: 954-518-8600
                            Primary Email: eservicehwd@conroysimberg.com
                            Secondary Email: scohen@conroysimberg.com

                            By: /s/ Stuart F. Cohen, Esquire
                                   Stuart F. Cohen, Esquire
                                   Florida Bar No. 986178