UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OWEN GEORG,

Plaintiff,

vs.

FORD MOTOR COMPANY,

Defendant.

CASE NO.: 6:15-cv-141-Orl-31GJK

______________________________/

**VERDICT**

We, the jury, return the following verdict:

1. Did Ford place the 2003 Lincoln Town Car on the market with a defect in the design of the side airbag system which was a legal cause of injury to Plaintiff Owen Georg?

YES ______ NO ✓

*If your answer to question 1 is "No," your verdict is for Ford. Do not proceed further except to sign and date the verdict form and return to the courtroom.*

*If your answer to question 1 is "Yes," please answer question 2 and 3.*

2. Was there negligence on the part of Owen Georg which was a legal cause of his own injury?

YES ______ NO ______

3. Was there negligence on the part of Nikolaos Seaman which was a legal cause of Owen Georg's injury?

YES _____ NO _____

***If you answered "Yes" to either question 2 or 3, please answer question 4. If you answered "No" to both question 2 and 3, please skip question 4 and proceed to answer question 5.***

4. State the percentage of any responsibility which was a legal cause of Owen Georg's injury that you charge to:

| | |
|---|---|
| FORD MOTOR COMPANY | ______% |
| OWEN GEORG<br>(Fill in only if your answer to question 2 was YES) | ______% |
| NIKOLAOS SEAMAN<br>(Fill in only if your answer to question 3 was YES) | ______% |

***TOTAL MUST BE 100%***

***In determining the amount of damages, do not make any reduction because of the negligence, if any, of Owen Georg and Nikolaos Seaman.***

**Damages of Owen Georg**

5. What is the total amount of Owen Georg's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life:

Sustained in the past?

$__________________

To be sustained in the future?

$__________________

6. What is the total amount of Owen Georg's damages for medical expenses:

Sustained in the past?

$____________________

SO SAY WE ALL, this 28th day of MARCH, 2017.

Thomas Edward Goldie
Foreperson (print name)

[signature]
Foreperson (signature)