# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OWEN GEORG,**

       **Plaintiff,**

**v.**                                             Case No:   6:15-cv-141-Orl-31GJK

**FORD MOTOR CO.,**

       **Defendant.**

## JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with United States District Judge Gregory A. Presnell presiding.   The jury having rendered a verdict in favor of Defendant Ford Motor Co., judgment is hereby entered for Defendant, with costs against the Plaintiff.

March 29, 2017

                                                        BY: s/ Lisa Maurey
                                                           Lisa Maurey, Courtroom Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Party